IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JUDY PRITCHETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 10-CV-804-WDS |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner of** | ) | |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. Plaintiff and Defendant have stipulated to an award of attorney fees and expenses in the amount of $5,000.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon review of the record, the Court **HEREBY AWARDS** Plaintiff EAJA fees and expenses in the amount of $5,000.00 pursuant to the stipulation of the parties.

This award fully satisfies any and all of Plaintiff's claims for fees, expenses and costs under 28 U.S.C. § 2412, that may be payable for counsel's work before this Court in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt, if any, that the Plaintiff owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If counsel for the Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel. If Plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will

instruct the U.S. Department of Treasury that any check for the remainder after offset will be made payable to Plaintiff and mailed to the business address of Plaintiff's attorney.

**IT IS SO ORDERED.**

**DATE 8 February, 2012**

                                          **/s/  WILLIAM D. STIEHL**
                                              **DISTRICT JUDGE**